**Michael R. SHEMONSKY, Appellant,**

v.

**U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA and Third Circuit Judicial Council, Appellees.**

Supreme Court of Pennsylvania.

Jan. 24, 2007.

***ORDER***

PER CURIAM.

AND NOW, this 24th day of January, 2007, the above-captioned appeal is quashed.

■

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Willie Maurice HARRIS, a/k/a Maurice Harris, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 14, 2005.

Decided Feb. 20, 2007.

Thomas N. Farrell, Esq., Farrell & Kozlowski, Pittsburgh, for Willie Maurice Harris.

Michael Wayne Streily, Esq., Margaret Kathleen Barker, Esq., Allegheny County District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

**ORDER**

PER CURIAM.

AND NOW, this 20th day of February, 2007, the appeal is dismissed as having been improvidently granted.

Former Justices NIGRO and NEWMAN did not participate in the decision of this case.